# United States District Court
## MIDDLE DISTRICT OF PENNSYLVANIA

Joan Cicchiello,
    Petitioner

**Acknowledgment of Service on The United States Attorney**

V.

Case Number: 1:22-CV-1979

Warden Lovett
    Respondent

Judge: Sylvia H. Rambo

---

Pursuant to the Nineteenth Amended Designation for Service of Process and Federal Rule of Civil Procedure 4(i), I ☐ Amanda Endy; ☐ Cindy Long; ☒ Ashley Lubold; ☐ Bethany Haase; ☐ Bruce Brandler, acknowledge receipt of the following documents:

I __Ashley Lubold__, acknowledge receipt of the following
   (Please print name)

documents:

**Order to Show Cause dated January 18, 2023 with:**

☒   **Petition for Writ of H/C.**     (Please check a box)
☐   **Motion to Vacate (2255)**

_Signature: Ashley Lubold_

---

I, Mark Armbruster, certify that I served the above listed documents on the signed recipient on   1/18/23