UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOAN CICCHIELLO,<br>        Petitioner, | : | NO. 1:22-cv-01979 |
| | : | |
| | : | (Judge Rambo) |
| v. | : | |
| | : | |
| WARDEN LOVETT, | : | |
|         Respondent. | : | (Electronically Filed) |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for the respondent, Warden Lovett, in the above-captioned case.

Respectfully submitted,

GERARD M. KARAM
United States Attorney

Dated: January 19, 2023    By: /s/ Christian T. Haugsby
CHRISTIAN T. HAUGSBY
Assistant U.S. Attorney
PA 205383
228 Walnut Street, Suite 220
Harrisburg, PA 17108
(717) 221-4482 (t)
(717) 221-4493 (f)
christian.haugsby@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2023, I served the forgoing document on the petitioner by U.S. mail addressed to the following:

Joan Cicchiello
72896-067
USP Hazleton
P.O. Box 3000
Bruceton Mills, WV 26525

                                              /s/ Christian T. Haugsby
                                              CHRISTIAN T. HAUGSBY
                                              Assistant U.S. Attorney